UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BROOKE DOWNER, | CASE NO. 2:24-cv-00834-LK |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, | |
| Defendant. | |

This matter comes before the Court on the parties' Stipulation and Proposed Order of Dismissal. Dkt. No. 18. Pursuant to the parties' stipulation, this action is hereby DISMISSED with prejudice and without court-ordered costs or attorney's fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 6th day of August, 2025.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1